```
                                                    FILED
                                              CLERK, U.S. DISTRICT COURT

                                                    MAY - 9 2018

                                              CENTRAL DISTRICT OF CALIFORNIA
                                              BY              DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. SA CR 17-00151-AG |
|---|---|
| Plaintiff, | ) ORDER OF DETENTION AFTER ) HEARING [Fed. R. Crim. P. 32.1(a)(6);18 |
| v. | ) U.S.C. § 3143(a)] |
| JEREMY RENE SEARS, | ) |
| Defendant. | ) |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of her supervised release; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A. ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

*nature of current allegations, including multiple positive tests for illegal drugs, new alleged crimes, failure to report as directed and prior criminal history*

and

B. ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

C. *nature of current allegations, including multiple positive tests for illegal drugs, new alleged crimes, failure to report as directed and prior criminal history*

*R*

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

Dated: May 9, 2018

JOHN D. EARLY
United States Magistrate Judge